IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OTIS CRAWFORD,<br><br>               Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>               Defendant. | Case No. C 15-1479 LHK (PR)<br><br>ORDER OF DISMISSAL |

      On March 31, 2015, plaintiff, proceeding *pro se*, filed a letter which initiated the opening of this case. That same day, the Clerk provided plaintiff with a blank copy of the court's complaint by a prisoner form. (Docket No. 2.) In addition, the Clerk notified plaintiff that he had not paid the filing fee. (Docket No. 3.) Along with the Clerk's deficiency notice, plaintiff was provided with a blank *in forma pauperis* ("IFP") application and instructions for completing it. Plaintiff was cautioned that his failure to file a complaint on the proper form and a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action without further notice.[1] More than twenty-eight days have passed and plaintiff has not

---

[1] On May 6, 2015, this case was reassigned to the undersigned judge.

Order of Dismissal
P:\PRO-SE\LHK\CR.15\Crawford479disifp.wpd

1 responded to the Clerk's deficiency notices.  Thus, the instant action is **DISMISSED** without
2 prejudice.  The Clerk shall enter judgment and close the file.
3     IT IS SO ORDERED.
4 DATED:  5/21/2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.15\Crawford479disifp.wpd     2