IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS CRAWFORD, ) | No. C 15-1479 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER TO RE-OPEN; ORDER |
| ) | OF TRANSFER |
| v. ) | |
| ) | |
| WARDEN PERRY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

     On March 31, 2015, plaintiff, a California state prisoner proceeding *pro se*, filed a letter, which initiated this action. That same day, the court notified plaintiff that he was required within twenty-eight days to file a complaint as well as pay the filing fee, or file a completed application for leave to proceed in forma pauperis ("IFP"). On May 21, 2015, having received no communication from plaintiff, the court dismissed this action without prejudice and entered judgment.

     On June 2, 2015, plaintiff filed a complaint and a motion for leave to proceed IFP. A review of the complaint and the motion for leave to proceed IFP shows that plaintiff signed both documents within the twenty-eight day deadline, although there is no evidence as to when plaintiff submitted these documents to prison officials for mailing. Nonetheless, the court RE-OPENS this action.

     According to plaintiff's complaint, the events about which plaintiff complains occurred at High Desert State Prison, and the defendants are employed at High Desert State Prison. High

Order to Re-Open; Order of Transfer
P:\PRO-SE\LHK\CR.15\Crawford479reotrans.wpd

1  Desert State Prison is located in the Eastern District of California.  Therefore, venue properly
2  lies in the Eastern District of California.  *See* 28 U.S.C. § 1391(b).
3         Accordingly, this case is TRANSFERRED to the United States District Court for the
4  Eastern District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending
5  motions and transfer the entire file to the Eastern District of California.
6         IT IS SO ORDERED.
7  DATED:   2/5/2016                            *Lucy H. Koh*
                                                LUCY H. KOH
8                                               United States District Judge